Stephen M. Dichter, 9792
sdichter@cdslawfirm.com
Nathan R. Andrews, 16674
nandrews@cdslawfirm.com
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas,
Nevada  89123
Tel:  (702) 362-6666
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com
Attorneys for Defendants

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| New Horizon Healthcare Management, LLC dba New Horizon Medical Solutions, a domestic limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>David Feldmar, MD, an individual; Feldmar Cosmetic, Inc., a foreign corporation; Feldmar Medical Corporation, a foreign corporation; and Feldmar Plastic Surgery, Inc., a foreign corporation,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>(Clark County District Court No. A-26-937989-C) |

Defendants David Feldmar, Md., Feldmar Cosmetic Inc., Feldmar Medical Corporation, and Feldmar Plastic Surgery, Inc. hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, to remove Clark County District Court Action No. A-26-937989-C, captioned *New Horizon Healthcare Management, LLC dba New Horizon Medical Solutions v. David Feldmar, Md., Feldmar Cosmetic Inc., Feldmar Medical Corporation, and Feldmar Plastic Surgery Inc.*, to this Court because the federal courts have original diversity jurisdiction over this matter as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. This Notice is supported by the following Memorandum of Points and Authorities.

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

**<u>Memorandum of Points and Authorities</u>**

Removal requires the removing party to file a notice of removal that plainly identifies the basis for removal and complies with certain procedural requirements. *See* 28 U.S.C. § 1446. Defendants have complied with 28 U.S.C. § 1446 because, as explained below, (1) the basis for removal diversity jurisdiction with 28 U.S.C. § 1332 and (2) Defendants have met all the procedural requirements of 28 U.S.C. § 1446.

**I.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332.**

As alleged in Plaintiff's Complaint, Plaintiff is a Nevada limited liability company and Defendants are all citizens of California. [Complaint, ¶¶ 1–5] Thus, there is complete diversity of citizenship between the parties under 28 U.S.C. § 1332. In addition, the amount in controversy in this matter exceeds $75,000 as Plaintiff's assert they are entitled to at least $7,895,216.20 in compensatory damages. [Complaint, ¶ 22] Thus, from the face of Plaintiff's Complaint, there is complete diversity of citizenship between the parties and the amount in controversy easily exceeds $75,000. *See* 28 U.S.C. § 1332.

**II.      Defendants have met all procedural requirements set forth in 28 U.S.C. § 1446.**

Plaintiff filed its Complaint on January 26, 2026 and served Defendants on February 9, 2026. [Exhibit 1] This Notice of Removal has been filed within 30 days of service and, therefore, is timely. At present, multiple summonses in the State Court action remain outstanding. As such, Defendants only have access to the Complaint and one declaration of service. Those documents are attached as Exhibits 1 and 2. The only other documents in the State Court action are summonses unavailable to Defendants.

Defendants have complied with all further procedural requirements under 28 U.S.C. § 1446(a) and (d), by:

1.  Attaching copies of the process, pleadings, and orders available to Defendants in the state court action. *See* Exhibit 1–2.

2. Serving a copy of this Notice on Plaintiff.

3. Filing a copy of this Notice in the Nevada State Court where the action was initiated.

4. Signing this Notice pursuant to Fed. R. Civ. P. 11, as required under 28 U.S.C. § 1446(a).

DATED: February 27, 2026.

Respectfully submitted,

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: /s/ Nathan R. Andrews
   Stephen M. Dichter
   Nevada Bar No. 9792
   Nathan R. Andrews
   Nevada Bar No. 16674
   8985 S. Eastern Ave., Ste. 200
   Las Vegas, NV 89123
   Telephone: (702) 362-6666
   Facsimile: (702) 362-2203
   sdichter@cdslawfirm.com
   nandrews@cdslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Michael V. Cristalli
mcristalli@clarkhill.com
William D. Schuller
wschuller@clarkhill.com
Clark Hill, PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Attorneys for Plaintiff

By: /s/ Yvonne Canez

3