# EXHIBIT 2

Electronically Filed
2/25/2026 10:55 AM
Steven D. Grierson
CLERK OF THE COURT

| Attorney or Party without Attorney: | | |
|---|---|---|
| MICHAEL V. CRISTALLI, ESQ. (SBN 6266) | | *For Court Use Only* |
| Clark Hill, PLC | | |
| 1700 South Pavilion Center Drive Suite 500 | | |
| Las Vegas, NV 89135 | | |
| Telephone No: 213-250-1111 ext 1326 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* M8189.1014553 | |

*Insert name of Court, and Judicial District and Branch Court:*
DISTRICT COURT CLARK COUNTY, NEVADA

*Plaintiff:* NEW HORIZON HEALTHCARE MANAGEMENT LLC
*Defendant:* DAVID FELDMAR, MD, et al.

| DECLARATION OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: A-26-937989-C |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; COMPLAINT

3.   a.   Party served:   FELDMAR PLASTIC SURGERY INC, a foreign corporation
    b.   Person served:   Cole Martinez - Office Manager, a person of suitable age and discretion at the most recent street address of the registered agent shown on the information filed with the Secretary of State.

4. *Address where the party was served:*   REGISTERED AGENT - DAVID FELDMAR
    9301 Wilshire Boulevard Suite 100, Beverly Hills, CA 90210

5. *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Feb 09 2026 (2) at: 01:36 PM

*Fee for Service:*
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. *Person Who Served Papers:*
  a. Mohammad Rafiquzzaman (6600, Los Angeles)
  **b. First Legal Investigation Services, LLC**
    NEVADA PI/PS LICENSE 1452
    2920 N. GREEN VALLEY PARKWAY, SUITE 514
    HENDERSON, NV 89014
  c. (702) 671-4002

02/18/2026
    *(Date)*                  *(Signature)*

