Stephen M. Dichter, 9792
sdichter@cdslawfirm.com
Nathan R. Andrews, 16674
nandrews@cdslawfirm.com
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas,
Nevada  89123
Tel:  (702) 362-6666
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| New Horizon Healthcare Management, LLC dba New Horizon Medical Solutions, a domestic limited-liability company, <br><br> Plaintiff, <br><br> v. <br><br> David Feldmar, MD, an individual; Feldmar Cosmetic, Inc., a foreign corporation; Feldmar Medical Corporation, a foreign corporation; and Feldmar Plastic Surgery, Inc., a foreign corporation, <br><br> Defendants. | Case No. 2:26-cv-00569-GMN-BNW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendants and Plaintiff, through their respective undersigned counsel, hereby respectfully request this Court extend all Defendants' deadlines to respond to Plaintiffs' Complaint by 60 days from March 6, 2026 until May 5, 2026.

This is the first stipulation for an extension of time to respond to Plaintiff's Complaint. This extension of time is requested because the parties are discussing potential settlement. This stipulation is made in good faith and not in an effort to delay the proceedings.

All parties appearing in this action are represented in this stipulation.

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

DATED: March 6, 2026.

Respectfully submitted,

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: */s/ Nathan R. Andrews*
  Stephen M. Dichter
  Nevada Bar No. 9792
  Nathan R. Andrews
  Nevada Bar No. 16674
  8985 S. Eastern Ave., Ste. 200
  Las Vegas, NV 89123
  Telephone: (702) 362-6666
  Facsimile: (702) 362-2203
  Attorneys for Defendants
  sdichter@cdslawfirm.com
  nandrews@cdslawfirm.com

CLARK HILL PLC

By: */s/ William D. Schuller (with permission)*
  Michael V. Cristalli
  Nevada Bar No. 6266
  William D. Schuller
  Nevada Bar No. 11271
  1700 S. Pavilion Center Drive, Suite 500
  Las Vegas, Nevada 89135
  Attorneys for Plaintiff
  mcristalli@clarkhill.com
  wschuller@clarkhill.com

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Date: __March 9, 2026_____

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2